John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Joseph P. Guglielmo (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-4478
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

Margaret B. Ferron (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
mferron@scott-scott.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **LEKISHA MORRIS**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>　　　　　　　　　Defendant. | Case No.: 2:20-cv-00749<br><br>**EX PARTE MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S COUNSEL TO SUBMIT VERIFIED PETITIONS FOR PERMISSION TO PRACTICE** |

1  Plaintiff LEKISHA MORRIS, by and through her counsel of record, hereby moves this Honorable Court for an Order allowing an extension of time for Plaintiff's counsel to file their Verified Petitions for Permission to Practice.

Pursuant to Local Rule IA 11-2(e), "An attorney must comply with all provisions of this rule within 14 days of his or her first appearance." The deadline for counsel to file the Verified Petition for Permission to Practice is today, May 11, 2020. The Court may, absent some constitutional restriction, properly rest its discretion on the determination of pro hac vice applications. *Munoz v. Hauk*, 439 F. 2d. 1176 (9th Cir. 1971).

Joseph P. Guglielmo, Esq., lead counsel for Plaintiff is located in New York, NY. Because of the Coronavirus and its impact on New York City, there has been a delay in obtaining the required documents. Undersigned counsel has been informed that Mr. Guglielmo just recently received his Certificate of Good Standing from the New York State Bar Association and Mr. Guglielmo needs additional time for Plaintiff to review and sign the Verified Petition. Additionally, Margaret B. Ferron, Esq. is located in Colchester, CT and has not yet received her Certificate of Good Standing. As such, Ms. Ferron will also require additional time within which to file her Verified Petition.

Accordingly, the undersigned respectfully requests that this Honorable Court issue an Order allowing an additional fourteen (14) days for Plaintiff's counsel to file their Verified Petition for Permission to Practice.

Date: May 11, 2020.                      Respectfully submitted,

                                         /s/ John P. Aldrich
                                         John P. Aldrich, Esq.
                                         Nevada Bar No. 6877
                                         **ALDRICH LAW FIRM, LTD.**
IT IS SO ORDERED.                        7866 West Sahara Avenue
Dated: May 12, 2020                      Las Vegas, Nevada 89117
.                                        Telephone: 702-853-5490
.                                        Facsimile: 702-227-1975
                                         jaldrich@johnaldrichlawfirm.com
_____
Nancy J. Koppe
United States Magistrate Judge