1   Todd L. Bice, Esq., Bar No. 4534
    TLB@pisanellibice.com
2   Robert A. Ryan, Bar No. 12084
    RR@pisanellibice.com
3   PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
4   Las Vegas, NV  89101
    Telephone:  702.214.2100
5
    *Attorneys for MGM Resorts International*
6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9

10  LEKISHA MORRIS, on behalf of himself      Case No. 2:20-cv-00749-GMN-NJK
    and all others similarly situated,
11
                  Plaintiff,
12                                             **STIPULATION AND ORDER TO
    vs.                                        EXTEND DEADLINE TO RESPOND
13                                             TO COMPLAINT**
    MGM RESORTS INTERNATIONAL,
14                                             **(SECOND REQUEST)**
                  Defendant.
15

16

17         Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, Plaintiff, Lekisha Morris ("Plaintiff"), and

18  Defendant, MGM Resorts International ("MGM"), by and through their undersigned counsel of

19  record, hereby stipulate and agree as follows:

20         1.     Plaintiff filed her Complaint on April 27, 2020. (ECF No. 1)

21         2.     Pursuant to LR 42-1, Plaintiff filed a Notice of Related Cases on April 29, 2020,

22  advising the Court of eight other related matters presently filed in this district that involve the

23  Defendant and contain similar questions of fact and the same questions of law.

24         3.     In fact, in the lowest such case, *Smallman v. MGM Resorts International*, Case

25  No. 2:20-cv-00376-JAD-NJK (the "*Smallman* Case"), all Federal Judges assigned to one of these

26  matters, including: Judge Jennifer Dorsey, Judge Richard Boulware, Judge Kent Dawson, Judge

27  Andrew Gordon, Judge James Mahan and Judge Gloria Navarro entered an Order Granting a

28  Stipulation to Consolidate many of the actions in the lowest case number and assigned each such

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1

action to Judge Jennifer Dorsey and Magistrate Judge Nancy Koppe.  (*See* ECF No. 22 in Case No. 2:20-cv-00376-JAD-NJK).

4.     Pursuant to Paragraph 3 of that Order Granting Consolidation, the Parties were to file a Notice of Related Cases to advise the Court of any additional actions that should be consolidated into the *Smallman* Case.

5.     As such, on May 13, 2020, MGM filed a Supplemental Notice of Related Cases in the *Smallman* Case. (*See* ECF No. 78 in Case No. 2:20-cv-00376-JAD-NJK).

6.     At present, based upon an stipulation of the parties approved by the Court, MGM's deadline to respond to the Complaint in the *Smallman* Case is sixty (60) days from the date of the filing of a Consolidated Complaint, while the deadline to file the Consolidated Complaint is currently sixty (60) days from the entry of an order appointing interim class counsel in the *Smallman* Case.  (*See* ECF No. 61 in Case No. 2:20-cv-00376-JAD-NJK).

7.     No order appointing interim class counsel has yet been entered in the *Smallman* Case, leaving these deadlines undefined at the moment.

8.     On June 10, 2020, Plaintiff in this action served the Complaint on MGM, which would mean MGM would have until July 1, 2020 to respond to the Complaint in this case.

9.     On June 23, 2020, Plaintiff filed a Stipulation and Order to Extend Deadline to Respond to Complaint (First Request) (the "First Stipulation"), requesting an open extension of time to respond to the Complaint. (*See* ECF No. 18)

10.    On June 30, 2020, this Court granted the First Stipulation, in part, by extending the deadline to respond to the Complaint to July 30, 2020. (See ECF No. 21)

11.    As of today, this action has not yet been consolidated into the *Smallman* Case, as anticipated by counsel for the Parties.

12.    Therefore, along with the submission of this Stipulation, the Parties intend to file a stipulation or joint motion in the *Smallman* Case to seek a ruling on consolidation.

13.    In the interim, the Defendant seeks a second extension of 30 days to respond to the Complaint in this action.  Plaintiff does not oppose the extension.

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

14.     Good cause exists for an additional extension as both Parties agree this case should be transferred to the *Smallman* Case for judicial economy as the issues are identical.

15.     Thus, the Parties stipulate that MGM shall have an additional thirty days to respond to the Complaint, such that MGM's response shall be due on **August 28, 2020.**

**IT IS SO STIPULATED.**

DATED this 22nd day of June, 2020.              DATED this 22nd day of June, 2020.

PISANELLI BICE, PLLC                           ALDRICH LAW FIRM, LTD.

By:/s/ Robert A. Ryan                          By:/s/ John P. Aldrich
Todd L. Bice, Esq., Bar No. 4534               John P. Aldrich, Esq., Bar No. 6877
Robert A. Ryan, Esq., Bar No. 12084            7866 W. Sahara Avenue
400 South 7th Street, Suite 300                Las Vegas, Nevada  89117
Las Vegas, Nevada  89101

*Attorneys for Defendant, MGM Resorts*         *Attorneys for Plaintiff*
*International*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: July 23, 2020